AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOHNNY FRAN VALENCIA<br>*Plaintiff(s)*<br>v.<br><br>SIXTUS GROUP LLC, et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-03827-MJS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SIXTUS GROUP LLC
c/o Michelle Stewart
704 51st Street NE, Unit 302
Washington, DC 20019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DCWageLaw
519 H Street NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS — DISTRICT OF COLUMBIA

*CLERK OF COURT*

Date: 11/2/2026

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOHNNY FRAN VALENCIA<br>*Plaintiff(s)*<br>v.<br><br>SIXTUS GROUP LLC, et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-03827-MJS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* THE SIXTUS GROUP, LLC
c/o Jesper Nylen
5608 Sonoma Road
Bethesda, MD 20817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DCWageLaw
519 H Street NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/2/2026

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHNNY FRAN VALENCIA
*Plaintiff(s)*
v.

SIXTUS GROUP LLC, et al.
*Defendant(s)*

Civil Action No. 1:26-cv-03827-MJS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JESPER SIXTUS NYLEN
10305 Glen Road
Potomac, MD 20854

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DCWageLaw
519 H Street NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS
DISTRICT OF COLUMBIA

*CLERK OF COURT*

Date: 11/2/2026

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*